**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **MONTEVAILO, LLC,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**NATIONAL FIRE & MARINE INSURANCE COMPANY, and DOES ONE THROUGH FIFTY,**<br><br>**Defendants.** | **8:26CV392**<br><br>**ORDER** |

This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 4th day of August, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge